No. 417.   NEW WORLD LIFE INSURANCE CO. v. UNITED STATES.   May 20, 1940.   The petition for rehearing is granted, and the order denying certiorari, entered November 22, 1939, 308 U. S. 612, is vacated.   The petition for writ of certiorari to the Court of Claims is granted, lim-

ited to the second question presented thereby. *Mr. Walter E. Barton* for petitioner.